# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 1:19-MJ-00538-SH-1 |
| GERBER OMAR FLORES-SUAZO | § § | |

### O R D E R

Before the Court is the Government's Motion to Dismiss Criminal Complaint, filed March 1, 2021 (Dkt. 4). The Court finds the Motion to be meritorious.

Accordingly, it is **ORDERED** that the Government's Motion to Dismiss Criminal Complaint (Dkt. 4) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Arrest Warrant for Gerber Omar-Flores-Suazo issued September 5, 2019 (Dkt. 2) is **RESCINDED**.

**IT IS FURTHER ORDERED** that the Criminal Complaint filed in this case as to the Defendant, Gerber Omar Flores-Suazo (Dkt. 1), is hereby **DISMISSED** without prejudice.

**SIGNED** on March 1, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE